UNITED STATE DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

**UNITED STATES OF AMERICA**        :

       :

   -against-                        :        05 CR 18 (DC)

       :

**HORATIO HAMILTON,**            :

       :        **ORDER**

------------------------------------------------------------x

**CHIN, DENNY:**

      IT IS HEREBY ORDERED that the United States Department of

Probation for the Southern District of New York shall provide counsel for

Mr. Hamilton, Scott E. Leemon, Esq., a copy of the defendant's Pre-

sentence Report.

      **SO ORDERED:**

      February 8, 2021            _____s/ Denny Chin_____
      New York, NY              **Honorable Denny Chin**
                                   **United States Circuit Judge**
                                   **(Sitting by Designation)**