UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | | **ORDER** |
| - against - | : | |
| | | |
| HORATIO HAMILTON, | : | 05 Cr. 18 (DC) |
| | | |
| Defendant. | : | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**CHIN, Circuit Judge:**

        Defendant Horatio Hamilton moves for compassionate release pursuant to 18 U.S.C. § 3582(c)(1)(A), as modified by the First Step Act (the "FSA"), Pub. L. No. 115-391, 132 Stat. 5194 (Dec. 21, 2018). Mot. at 1. The government opposes the motion, and Hamilton has filed a reply.

        The motion is **GRANTED**. The Court hereby orders that:

    1.     Hamilton's sentence of incarceration is reduced to time served plus ten days;

    2.     the BOP shall release Hamilton from custody, no later than ten days from today; and

    3.     Hamilton's term of supervised release is reduced to two years, subject to the conditions of release set forth in the judgment dated June 14, 2011, *see* Dkt. No. 55.

He shall report to the nearest Probation Office within five days after his release from custody.

SO ORDERED.

Dated: New York, New York
June 3, 2021

___/s/DC_____
DENNY CHIN
United States Circuit Judge
Sitting by Designation