UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

                              :

UNITED STATES OF AMERICA

                              :    **PRELIMINARY ORDER OF**

- v. -                    **FORFEITURE AS TO**

                              :    **SUBSTITUTE ASSETS**

HORATIO HAMILTON,

                              :    05 Cr. 018 (DC)

               Defendant.

                              :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

WHEREAS, on or about January 18, 2005, HORATIO HAMILTON (the "Defendant"), and another, were charged in a two-count superseding indictment, S1 03 Cr. 18 (DC) (the "Indictment"), with narcotics conspiracy, in violation of Title 21, United States Code, Section 846 (Count One); and possession of a firearm in relation to a narcotics crime, in violation of Title 18, United States Code, Sections 924(c)(1)(A) and 2 (Count Two);

. WHEREAS, on or about January 17, 2006, the Defendant was found guilty, following a jury trial, of Count One of the Indictment;

WHEREAS, on or about September 11, 2006, the Court entered a Preliminary/Final Order of Forfeiture as to Defendant Horatio Hamilton's Interest In Property (the "Order of Forfeiture"), imposing a money judgment against the Defendant in the amount of $10,000,000.00 (the "Money Judgment") representing the amount proceeds traceable to the offense charged in Count One of the Indictment that the Defendant personally obtained, and forfeiting to the United States all of the Defendant's right, title and interest in certain specific property (D.E. 30);

1

WHEREAS, the Defendant appealed his conviction on various grounds, and on September 25, 2008, the Second Circuit remanded for a hearing on 4th Amendment issues (D.E. 37);

WHEREAS, on remand on or about December 20, 2010, the Defendant pled guilty to narcotics conspiracy charged in Count One of the Indictment (D.E. 53);

WHEREAS, on re-sentencing on or about June 2, 2011, the Court confirmed that the Order of Forfeiture entered in 2006 was still in effect (D.E. 55);

WHEREAS, to date, the entire Money Judgment against the Defendant remains unpaid;

WHEREAS, as a result of acts and omissions of the Defendant, the Government, despite its exercise of due diligence, has been unable to locate or obtain the remaining proceeds of the offenses charged in Count One of the Indictment;

WHEREAS, the Government has identified the following specific asset in which the Defendant has an ownership interest:

      a. $287,567.69 in United States currency, representing the net proceeds from the interlocutory sale of a residence located at 1100 Alta Loma Road, West Hollywood, California, 90069, also described as Lot 1, Subdivision: Empire West, Tract No. 33180, Legal Unit 27;

(the "Substitute Asset"); and

WHEREAS, the Government is seeking the forfeiture of all of the Defendant's right, title and interest in the Substitute Asset;

NOW IT IS THEREFORE ORDERED, ADJUDGED AND DECREED THAT:

2

1.    All of the Defendant's right, title and interest in the Substitute Asset is hereby forfeited to the United States of America, for disposition in accordance with the law, subject to the provisions of Title 21, United States Code, Section 853(n).

2.    Upon entry of this Preliminary Order of Forfeiture of Substitute Assets, the United States Marshals Service (or its designee) is hereby authorized to take possession of the Substitute Asset and to keep it in its secure, custody and control.

3.    Pursuant to Title 21, United States Code, Section 853(n)(1), Rule 32.2(b)(6) of the Federal Rules of Criminal Procedure, and Rules G(4)(a)(iv)(C) and G(5)(a)(ii) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, the United States shall publish for at least thirty (30) consecutive days on the official government internet forfeiture site, www.forfeiture.gov, notice of this Preliminary Order of Forfeiture as to Substitute Assets and provide notice that any person, other than the Defendant in this case, claiming an interest in the Substitute Asset must file a petition within sixty (60) days from the first day of publication of the notice on this official government internet site, or no later than thirty-five (35) days from the mailing of actual notice, whichever is earlier.

4.    The notice referenced in the preceding paragraph shall state that the petition shall be for a hearing to adjudicate the validity of the petitioner's alleged interest in the Substitute Asset, shall be signed by the petitioner under penalty of perjury, and shall set forth the nature and extent of the petitioner's right, title or interest in the Substitute Asset and any additional facts supporting the petitioner's claim and the relief sought, pursuant to Title 21, United States Code, Section 853(n).

3

5.    The United States may also, to the extent practicable, provide direct written notice to any person, other than the Defendant, known to have an alleged interest in the Substitute Asset, as a substitute for published notice as to those persons so notified.

6.    Upon adjudication of all third-party interests, this Court will enter a Final Order of Forfeiture with respect to the Substitute Asset, pursuant to Title 21, United States Code, Section 853(n), in which all interests will be addressed.    Upon entry of a Final Order of Forfeiture, the Substitute Asset shall be applied towards the satisfaction of the Money Judgment entered against the Defendant.

7.    The Court shall retain jurisdiction to enforce this Preliminary Order of Forfeiture as to Substitute Assets, and to amend it as necessary, pursuant to Federal Rule of Criminal Procedure 32.2(e).

Dated: New York, New York
      June 18, 2026

SO ORDERED:

_____
HONORABLE DENNY CHIN
UNITED STATES CIRCUIT JUDGE

4